# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| Frances Sutherland, | ) | | |
| Plaintiff(s) | ) | | |
| | ) | Case No.16-CV-641-JHP-PJC | |
| **v.** | ) | | |
| | ) | | |
| Oklahoma Wesleyan University, | ) | | |
| Defendant(s). | ) | | |

### MINUTE ORDER FOR JOINT STATUS REPORT AND SETTING SCHEDULING CONFERENCE

The parties are directed to prepare and submit to the Court an up-to-date Joint Status Report on or before:

November 18, 2016

Additionally, **a Status and Scheduling Conference is set before Judge Payne**. **Appearance of counsel and pro se parties at the hearing is required.  Telephonic appearance is not allowed.**

November 22, 2016 at 2:30 pm

Joint Status Report and Pretrial Order forms are available in the Court Clerk's office, or can be obtained from our public web site at www.oknd.uscourts.gov. For the purpose of preparing the Joint Status Report, the parties shall, pursuant to Fed. R. Civ. 16 and 26, confer prior to the date the Joint Status Report is to be submitted to the Court.

Note that pursuant to Fed. R. Civ. P. 26(a)(1), initial disclosures must be made within 14 days after you confer for the purpose of preparing the discovery plan portions of the Joint Status Report, and that pursuant to LCvR26.1, parties shall make initial disclosures unless they stipulate otherwise in the Joint Status Report. By this order, all parties are under an affirmative duty to (i) comply with the mandatory disclosure requirements, and (ii) notify the Court of any non-disclosure so that the issue can be promptly referred to a Magistrate Judge for resolution.

A corporate party must file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and must promptly file a supplemental statement upon any change in the information that the statement requires.

It is additionally ordered: Parties are directed to be prepared to discuss scheduling of their case consistent with the attached scheduling order and form of Pretrial Order. **Trial counsel should have their calendars available at the Scheduling Conference to discuss binding trial dates.**

Mark McCartt,
Clerk of Court, United States District Court

*S/P. Lynn*
By: P. Lynn, Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

_____ ,            )
                     Plaintiff(s)    )
                                         )
           **v.**            )   Case No. _____
                                          )
_____ ,            )
                     Defendant(s).    )

## SCHEDULING ORDER

**A. PRETRIAL SCHEDULES:**

1. Have all non-governmental parties filed the disclosure statement per Fed. R. Civ. P. 7.1?

2. JOINDER OF ADDITIONAL PARTIES AND/OR AMENDMENT TO PLEADINGS.

3. EXCHANGE AND FILE WITNESS AND EXHIBIT LISTS.

4. *60 days before trial* — DISCOVERY CUTOFF.

5. *2 months before discovery cutoff* — ALL DISPOSITIVE MOTIONS. Parties shall provide the Court a courtesy copy of all summary judgment motions, responses to said motions, and replies.

6. MOTIONS IN LIMINE AND DAUBERT ISSUES FILED.

7. WRITTEN SETTLEMENT REPORT.

8. EXCHANGE ALL EXHIBITS TO BE LISTED IN PRETRIAL ORDER.

9. EXCHANGE OF DEMONSTRATIVE EXHIBITS/AIDS.

10. PARTIES TO EXCHANGE REQUESTED JURY INSTRUCTIONS.

11. DEPOSITION/VIDEOTAPE/INTERROGATORY DESIGNATIONS.

12. COUNTER-DESIGNATIONS.

13. AGREED PRETRIAL ORDER DUE. Parties shall provide the Court a courtesy copy of the Pretrial Order.

14. AGREED JURY INSTRUCTIONS, Disputed Jury Instructions issues to be addressed in Trial Briefs. Proposed FF/CL [Non-Jury], and Trial Briefs due.

15. OBJECTIONS TO DESIGNATIONS AND COUNTER-DESIGNATIONS. Entire deposition and/or video must be submitted with objections.

**16.   PRETRIAL CONFERENCE AT** _____

**B. SETTLEMENT:** In all cases scheduled for Jury Trial a mandatory Settlement Conference will be conducted at least six weeks prior to the Pretrial Conference before a District Judge, Magistrate Judge or Adjunct Settlement Judge. Suggested time frame: _____ .

**C. TRIAL:**

17. *Typically 3rd Tuesday of Month* — **TRIAL DATE: [ ] JURY at 9:30 a.m.    [ ] NON-JURY at 9:30 a.m.**

18. ESTIMATED TRIAL TIME.

19. Do all parties consent to a Magistrate Judge conducting jury selection?